

Same case below, 45 So. 3d 470.

Same case below, 621 F.3d 340.

**No. 10-8615. Domingo Torres-Pindan, Petitioner v. United States.**

563 U.S. 1035, 131 S. Ct. 2960, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4285.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 400 Fed. Appx. 839.

**No. 10-8806. Bradley A. Martin, Petitioner v. Pennsylvania.**

563 U.S. 1035, 131 S. Ct. 2960, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4206.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 607 Pa. 165, 5 A.3d 177.

**No. 10-8825. Chaz Glynn, Petitioner v. United States.**

563 U.S. 1035, 131 S. Ct. 2960, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4240.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 379 Fed. Appx. 84.

**No. 10-9039. Maurice R. Duhaney, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1035, 131 S. Ct. 2961, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4310.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9095. Linda Ann Wright, Petitioner v. Nancy Craig, et al.**

563 U.S. 1035, 131 S. Ct. 2961, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4216.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9189. Henry Ivan Cogswell, Petitioner v. California.**

563 U.S. 1035, 131 S. Ct. 2961, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4253.

June 6, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 10-9222. James Lee Henderson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 1035, 131 S. Ct. 2961, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4256.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 626 F.3d 773.

**No. 10-9229. Peter Helmut Becker, Petitioner v. United States.**

563 U.S. 1035, 131 S. Ct. 2961, 180 L. Ed. 2d 250, 2011 U.S. LEXIS 4207.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.